IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                    NO. 4:05CR00183-01 GH

SCOTT KELLY MCDANIEL

## ORDER

Pending before this Court is the government's October 13th motion for mental evaluation. For good cause shown, the motion (#32) is granted.

It is ordered that the defendant, Scott Kelly McDaniel, be examined by a qualified psychiatrist or psychologist under the provisions of 18 U.S.C. §4241(a) and §4242(a), and 18 U.S.C. §4244 to determine whether he is presently mentally competent so as to be mentally capable of understanding the proceedings against him and to determine his competency at the time of the alleged act and since defendant is now awaiting sentencing, to determine his level of care should he be convicted and ordered incarcerated.

It is further ordered that the U. S. Marshal transport the defendant from his place of confinement to the custody of the Attorney General or his authorized representative to a suitable facility for a period not to exceed forty-five (45) days for a psychiatric examination pursuant to 18 U.S.C. §4241(a) and §4242(a) and 18 U.S.C. §4244. The facility conducting such examination shall file a report of same with this Court pursuant to 18 U.S.C. §4247(b) and(c).

IT IS SO ORDERED this 17th day of October, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE